UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CROWNE HOSPITALITY, LLC, et al.,<br><br>　　　　　Defendants. | Case No.: C 08-5020 PVT<br><br>**PARTIAL CASE MANAGEMENT CONFERENCE ORDER; AND**<br><br>**ORDER CONTINUING TO JULY 28, 2009 REMAINDER OF CASE MANAGEMENT CONFERENCE** |

　　　On April 28, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

　　　IT IS HEREBY ORDERED that the parties are referred to court sponsored mediation. If all parties agree, they may instead participate in private mediation. In either event, no later than May 15, 2009, the parties shall schedule the date for the mediation with either the court-appointed or private mediator.

　　　IT IS FURTHER ORDERED that the court adopts the parties' statements of disputed factual and legal issues as set forth in their respective Case Management Conference Statements.

　　　IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the remainder of the Case Management Conference is continued to 2:00 p.m. on July 28, 2009.

Dated: *5/1/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge