|   |   |
|---|---|
| 1 | LAW OFFICES OF JACK G. CAIRL, APC |
| 2 | JACK G. CAIRL (State Bar No. 105335)<br>8484 Wilshire Blvd., Suite 850 |
| 3 | Beverly Hills, CA 91211<br>Telephone: (323) 782-7700 |
| 4 | Fax: (323) 782-7700 |
| 5 | Attorneys for Defendants<br>CROWNE HOSPITALITY, LLC and<br>CROWN HOTEL GROUP, INC. |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CARLOS CUELLAR; RICARDO CAPETILLO; RAFAEL CAPETILLO; MARTIN ALATORRE; DOUGLAS HERNANDEZ; REBECA GONZALES; VICTORIA VALLARDO; JOSE ERNESTO HERNANDEZ; CESAR ALATORRE; and ROSE IRENE ALMEIDA DE LA CRUZ aka SANDRA RIOS<br><br>         Plaintiffs,<br><br>    vs.<br><br>CROWNE HOSPITALITY, LLC; CROWN HOTEL GROUP INC.; PETER FAN; TANYA FAN<br><br>         Defendants. | CASE NO. C08 05020-PVT<br><br>**ORDER SETTING ASIDE DEFAULT ENTRY AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>(Hon. Patricia V. Trumbull) |

- 2 -

This Court having considered the parties' Joint Stipulation re Continuing Case Management Conference and Setting Aside the Default; and good cause appearing therefore, the Court ORDERS as follows:

1. The Case Management Conference in this action shall be continued from July 28, 2009 until September 29, 2009; and

2. The default entered against defendant Crowne Hospitality, LLC on April 20, 2009 is hereby set aside.

IT IS SO ORDERED.

DATED: _____7/27/09_____

_____
Hon. Patricia V. Trumbull,
United States Magistrate Judge
Northern District of California

- 2 -
**Order Continuing Case Management Conference and Setting Aside Default**