UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CROWNE HOSPITALITY, LLC, et al.,<br><br>　　　　　Defendants. | Case No.: C 08-5020 PVT<br><br>**ORDER FURTHER CONTINUING CASE MANAGEMENT CONFERENCE; AND**<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT** |

　　　　On April 28, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference, the court referred the parties to mediation and continued the Case Management Conference to July 28, 2009. The parties subsequently filed a stipulation, which the court adopted, to set aside the default entered against Defendant Crowne Hospitality, LLC, and to continue the Case Management Conference to September 29, 2009. As of September 28, 2009, there is no indication in the court file that the parties have participated in any mediation. Therefore,

　　　　IT IS HEREBY ORDERED the remainder of the Case Management Conference is continued to 2:00 p.m. on October 20, 2009.

　　　　IT IS FURTHER ORDERED that, no later than October 13, 2009, the parties shall file a

Joint Supplemental Case Management Conference Statement which:  1) indicates whether or not the parties have participated in mediation; and 2) sets forth the parties' joint or respective proposals for the remaining pretrial and trial schedule.

Dated: *9/28/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge