UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JUAN CARLOS CUELLAR, et al., | ) | Case No.: C 08-5020 PVT |
| Plaintiffs, | ) ) | **ORDER FURTHER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR PARTIES TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT; AND SETTING DEADLINE FOR PLAINTIFFS' COUNSEL TO IDENTIFY ANY PLAINTIFFS HE NO LONGER REPRESENTS** |
| v. | ) ) | |
| CROWNE HOSPITALITY, LLC, et al., | ) ) | |
| Defendants. | ) ) | |

On October 12, 2009, the parties filed a joint Case Management Conference Statement in which they notified the court that the case had settled as to all but two of the Plaintiffs, and that those two Plaintiffs had verbally terminated their attorney-client relationship with their attorney, James Dal Bon. The parties asked to continue the Case Management Conference in order to see if a settlement could be negotiated with the two remaining Plaintiffs. The court continued the Case Management Conference, which is currently set for January 12, 2010. The parties have not filed any further Case Management Conference statement. Therefore,

IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to February 9, 2010. No later than February 2, 2010, the parties shall file a supplemental Joint Case Management Conference Statement that sets forth the parties respective proposals for trial and pretrial dates and deadlines.

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that, no later than January 19, 2010, Plaintiffs' counsel shall inform the court of the identity of the named Plaintiff(s) he no longer represents, if any. For any such Plaintiffs, Plaintiffs' counsel shall file either a substitution of counsel, or else a request to withdraw as counsel. |

Dated: *1/7/2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge