UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR, et al., ) | Case No.: C 08-5020 PVT |
| Plaintiffs, ) | **INTERIM ORDER re Fairness of Settlement of FLSA Claims** |
| v. ) | |
| CROWNE HOSPITALITY, LLC, et al., ) | |
| Defendants. ) | |

On April 20, 2010, the parties (other that Plaintiffs Cesar Alatorre and Martin Alatorre) submitted their briefs in support of the fairness of their settlement of FLSA claims.  Based on the parties' respective submissions and the file herein,

IT IS HEREBY ORDERED that, no later than May 11, 2010, Defendants shall submit a supplemental brief addressing the issue of whether a settlement of FLSA claims may fairly contain provisions that require the employee to give up the overtime pay, and pay damages to the employer, in the event he or she discloses the terms or amount of the settlement,[1] comes within 1000 feet of the employer's property, or disparages the employer. *See, e.g.*, Cal. Labor Code § 232 (precluding employers from require an employee to "sign a waiver or other document that purports to deny the

---

[1] The court notes that Defendants have already made the terms and the amount of the settlement public by filing the settlement agreement in the public court file.

Order, *page 1*

1 employee the right to disclose the amount of his or her wages"); and *Barnhill v. Robert Saunders &*
2 *Co.* (1981) 125 Cal.App.3d 1, 6 (1981) (employer not entitled to setoff of debt[2] owed to it by
3 employee against wages due that employee).
4     IT IS FURTHER ORDERED that the fairness hearing is CONTINUED to 10:00 a.m. on May
5 25, 2010.
6 Dated: *4/26/10*

7                              PATRICIA V. TRUMBULL
8                              United States Magistrate Judge

---

[2]  The *Barnhill* case involved an employer's attempt to set off against an employee's wages amounts legitimately owed to the employer by the employee. The settlement agreement here essentially provides for setting off against the employees' wages money that is *not* for any legitimate debt owed by the employees to the employer.

ORDER, *page 2*