UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR, et al., ) | Case No.: C 08-5020 PVT |
| Plaintiffs, ) | **ORDER** re **Fairness of Settlement of FLSA Claims** |
| v. ) | |
| CROWNE HOSPITALITY, LLC, et al., ) | |
| Defendants. ) | |

On April 20, 2010, the parties (other that Plaintiffs Cesar Alatorre and Martin Alatorre) submitted their briefs in support of the fairness of their settlement of FLSA claims. On April 26, 2010, this court issued an interim order requesting further briefing as to certain issues of fairness that concerned the court. The parties have now submitted the requested briefing that resolves the court's concerns. Based on the parties' respective submissions and the file herein,

IT IS HEREBY ORDERED that the settlement between Defendants and the Plaintiffs (other that Plaintiffs Cesar Alatorre and Martin Alatorre) is approved by the court. In light of the *bona fide* dispute among the settling parties regarding the number of hours actually worked, the settlement represents a reasonable compromise. *See, Lynn's Food Stores, Inc.*, 679 F. 2d at 1355 ("If a settlement in an employee FLSA suit does reflect a reasonable compromise over issues, such as

Order, *page 1*

FLSA coverage or computation of back wages, that are actually in dispute[,] ... the district court [may] approve the settlement in order to promote the policy of encouraging settlement of litigation.")

Dated: *5/24/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge