UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CROWNE HOSPITALITY, LLC, et al.,<br><br>    Defendants. | Case No.: C 08-5020 PVT<br><br>**ORDER S**CHEDULING **F**AIRNESS **H**EARING **O**N **S**ETTLEMENT OF **FLSA C**LAIMS **B**ETWEEN **D**EFENDANTS AND **P**LAINTIFFS **M**ARTIN **A**LATORRE AND **C**ESAR **A**LATORRE |

On April 20, 2010, Plaintiffs' counsel filed a motion to withdraw as attorney of record for Plaintiffs Martin Alatorre and Cesar Alatorre. On May 24, 2010, this court denied counsel's motion, noting that all that remained to be done is a motion for determination of the fairness of the settlement agreement between the Alatorres and the corporate Defendants. Therefore, based on the file herein,

IT IS HEREBY ORDERED that, no later than July 30, 2010, the parties shall file either a joint or separate statements regarding the fairness of the settlement agreement between the Alatorres and the corporate Defendants. Absent further order of the court, the matter will be deemed submitted on the papers.

Dated: *7/1/10*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*