UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CROWNE HOSPITALITY, LLC, et al.,<br><br>　　　　　　Defendants. | Case No.: C 08-5020 PVT<br><br>**ORDER** C<small>ONFIRMING</small> F<small>AIRNESS OF</small> S<small>ETTLEMENT OF</small>  M<small>ARTIN</small> A<small>LATORRE'S</small> <small>AND</small> C<small>ESAR</small> A<small>LATORRE'S</small> F<small>LSA</small> C<small>LAIMS</small> A<small>GAINST</small> D<small>EFENDANTS</small>; <small>AND</small><br><br>**O**<small>RDER</small> **D**<small>ISMISSING</small> **C**<small>ASE</small> |

　　　On July 1, 2010, this court issued an order setting a briefing schedule regarding the fairness of the settlement of Martin Alatorre's and Cesar Alatorre's FLSA claims against Defendants.  Those parties filed their respective briefs.  Based on the briefs and the file herein,

　　　IT IS HEREBY ORDERED that the settlement between Defendants and the Plaintiffs Cesar Alatorre and Martin Alatorre is approved by the court.  In light of the *bona fide* dispute among the settling parties regarding the number of hours actually worked, the settlement represents a reasonable compromise.  *See, Lynn's Food Stores, Inc.*, 679 F. 2d at 1355 ("If a settlement in an employee FLSA suit does reflect a reasonable compromise over issues, such as FLSA coverage or computation of back wages, that are actually in dispute[,] ... the district court [may] approve the settlement in order to promote the policy of encouraging settlement of litigation").

O<small>RDER</small>, *page 1*

Defendants' failure to make a timely payment under these settlement agreements did not void the agreements. Paragraph 9 of each agreement provides the remedy for a failure to make timely payments, which is for Plaintiffs to file a motion to enforce the agreement and seek entry of judgment against Defendants.

IT IS HEREBY ORDERED that, in light of the courts approval of all Plaintiffs' settlements with Defendants, this case is DISMISSED with prejudice. The court retains jurisdiction to enforce the terms of the parties' settlement agreements.

Dated: *10/29/10*

*[signature: Patricia V. Trumbull]*
PATRICIA V. TRUMBULL
United States Magistrate Judge